HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL W. MCQUISTON and AMY L. MCQUISTON,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE MANHATTAN MORTGAGE, et al.,<br><br>Defendants. | No. 12-cv-5534-RBL<br><br>ORDER<br><br>(Dkt. #8) |

Before the Court is Defendant Ticor Title Insurance's unopposed Motion to Dismiss. For the reasons stated in Ticor's briefing, the Court **GRANTS** the motion and dismisses Plaintiffs' claims without prejudice.

Dated this 16th day of August 2012.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order - 1